IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

XAVIER CORTEZ HUDSON                                            PLAINTIFF

4:22-CV-00364-BRW

TINA MARBLEY, *ET AL.*                                          DEFENDANTS

## ORDER

For the reasons set out below, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) and Motion to Appoint Counsel (Doc. No. 3) are DENIED. This case is DISMISSED.

The issue of subject-matter jurisdiction may be raised *sua sponte* at any time.[1] Federal court diversity jurisdiction requires an amount in dispute over $75,000 and all the parties on one side of the controversy must be citizens of different states from all of the parties on the other side.[2]

Plaintiff seeks "$5,000 or $10,000" for damages after being involved in a auto accident with Defendants. This is less than the jurisdictional minimum. Additionally, after considering the allegations in the Complaint, I find to a legal certainty that Plaintiff's claims could not satisfy the amount-in-controversy requirement.[3]

IT IS SO ORDERED this 26th day of April, 2022.

> Billy Roy Wilson
> UNITED STATES DISTRICT JUDGE

---

[1] *Bueford v. Resolution Trust Corp.*, 991 F.2d 481, 485 (8th Cir. 1993).

[2] 28 U.S.C. § 1332; *Indianapolis v. Chase National Bank*, 314 U.S. 63, 70 (1941).

[3] *Larkin v. Brown*, 41 F.3d 387, 388 (8th Cir. 1994).